| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | ROBIN R. TAYLOR<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

**FILED**

MAR 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK



2:09-SW-0086

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:09-SW-0086 EFB

In re Arrest Warrant, Criminal ) MISC. NO.
Complaint, and Search Warrant: )
                               )
                               ) APPLICATION FOR SEALING ORDER;
                               ) DECLARATION IN SUPPORT THEREOF;
Michael David Sanders aka David) AND ORDER
Dennis Sanders and Dave        )
Saunders; and                  )
                               )
The person of Michael David    )
Sanders aka David Dennis Sanders)
and Dave Sanders; and 4100     )
Earnscliff Avenue, Fair Oaks,  )
California.                    )
                               )
              [SEALED]         )

The United States hereby applies for an order sealing the Affidavit for the Arrest Warrant, Criminal Complaint, Search Warrant, and related documents in this matter, as well as this Application for Sealing Order and Order, on the grounds stated in the attached Affidavit.

DATED: March 18, 2009

*Robin Taylor*
ROBIN R. TAYLOR
Assistant U.S. Attorney

1

```
 1 │ LAWRENCE G. BROWN
   │ Acting United States Attorney
 2 │ ROBIN R. TAYLOR
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone: (916) 554-2700
```

FILED
MAR 1 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

SEALED


2:09-SW-0086 EFB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Arrest Warrant, Criminal Complaint, and Search Warrant: <br><br> Michael David Sanders, also known as Dennis David Sanders and Dave Sanders; and <br><br> The person of Michael David Sanders aka David Dennis Sanders and Dave Sanders; and 4100 Earnscliff Avenue, Fair Oaks, California. | MISC. NO. <br><br> [PROPOSED] ORDER |

[SEALED]

ORDER

The Court hereby orders that Affidavit for the Arrest Warrant, Criminal Complaint, Search Warrant and related documents in this matter, as well as this Application for Sealing Order and Order, shall be sealed until the arrest of the defendant or further order of the Court.

DATED: 3-18, 2009

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

3